HERBERT L. DAVIS v. JOSEPH MARSHALL HALL

No. 713SC224

(Filed 26 May 1971)

APPEAL by defendant from *Blount, Judge,* at the 23 November 1970 Session of CARTERET Superior Court.

This is a civil action in which plaintiff seeks to recover for personal injuries allegedly sustained by him when the rear end of the automobile he was operating was struck by an automobile operated by defendant. At trial, by stipulation of the parties, the issue of negligence was answered in favor of plaintiff; the sole issue submitted to the jury related to the amount, if any, plaintiff was entitled to recover. The jury answered the issue $10,000 and from judgment entered on the verdict, defendant appealed.

*Wheatly & Mason by C. R. Wheatly, Jr., for plaintiff appellee.*

*Harvey Hamilton, Jr., for defendant appellant.*

BRITT, Judge.

The only questions presented by defendant in his brief relate to the competency of (1) certain medical testimony and (2) certain testimony relating to loss of earnings by plaintiff, which the court admitted. Suffice to say, we have carefully reviewed the record, with particular reference to the challenged testimony, but find no error sufficiently prejudicial to warrant a new trial.

No error.

Judges CAMPBELL and GRAHAM concur.